PILLSBURY WINTHROP SHAW PITTMAN LLP
KIMBERLY BUFFINGTON (SBN 192991)
kbuffington@pillsburylaw.com
SARKIS KHACHATRYAN (SBN 293991)
sarkis.khachatryan@pillsburylaw.com
725 South Figueroa Street, Suite 2800
Los Angeles, CA 90017-5406
Telephone:      213.488.7100
Facsimile:      213.629.1033

Attorneys for Defendant
The Walt Disney Company

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD P. BORCHERS, | Case No. 2:17-cv-06263-GW (MRW) |
| Plaintiff, | **ANSWER BY DEFENDANT THE WALT DISNEY COMPANY TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |
| vs. | |
| THE WEINSTEIN COMPANY, LLC d/b/a DIMENSION FILMS; MIRAMAX, LLC; THE WALT DISNEY COMPANY; and DOES 1 through 50, inclusive, | **DEMAND FOR JURY TRIAL** |
| Defendants. | |

1    Defendant The Walt Disney Company ("Disney"), by and through its attorneys,

2    hereby responds to the First Amended Complaint ("FAC") of Donald P. Borchers

3    ("Borchers" or "Plaintiff") brought against Disney, Defendant Miramax LLC

4    ("Miramax"), and Defendant The Weinstein Company, LLC ("TWC"), d/b/a/

5    Dimension Films ("Dimension").  Except as expressly admitted herein, Disney denies

6    each and every allegation in Plaintiff's FAC, including any allegation that may be

7    deemed to be contained in any heading or caption of Plaintiff's FAC.  Any admission

8    herein is limited to the express language of the response and shall not be deemed an

9    implied admission of additional facts.  Disney responds to Plaintiff's allegations as

10   follows:

11                    **Jurisdiction, Venue and the Parties**

12        1.    In response to the allegations in paragraph number 1 of the FAC, Disney

13   admits that Plaintiff filed the FAC seeking declaratory relief rights in connection to a

14   work by Stephen King and the film "Children of the Corn."  Disney further admits

15   that the FAC purports to state that 17 U.S.C. § 101 relates to copyrights and that 17

16   U.S.C. § 106 relates to the authorization of the exclusive rights under copyrights, and

17   that this Court has subject matter jurisdiction over claims relating to copyrights

18   pursuant to 28 U.S.C. § 1338.  The remaining allegations in paragraph number 1

19   contain conclusions of law to which a response is not required.  To the extent a

20   response is required, Disney denies those remaining allegations.

21        2.    In response to the allegations in paragraph number 2 of the FAC, Disney

22   admits that the FAC purports to seek declaratory relief under 28 U.S.C. § 2201.  The

23   remaining allegations in paragraph number 2 contain conclusions of law to which a

24   response is not required.  To the extent a response is required, Disney denies those

25   remaining allegations.

26

27

28

1

4842-4571-2730.v1

3. The allegations in paragraph number 3 of the FAC contain conclusions of law to which a response is not required. To the extent a response is required, Disney lacks sufficient information or knowledge to admit or deny those allegations and, on that basis, denies those allegations.

4. Disney lacks sufficient information or knowledge to admit or deny the allegations in paragraph number 4 of the FAC and, on that basis, denies those allegations.

5. Disney lacks sufficient information or knowledge to admit or deny the truth of the allegations in paragraph number 5 of the FAC.

6. In response to the allegations in paragraph number 6 of the FAC, Disney admits that it is a corporation licensed to do business in the City of Burbank, State of California.

7. Disney lacks sufficient information or knowledge to admit or deny the truth of the allegations in paragraph number 7 of the FAC.

8. The allegations in paragraph number 8 of the FAC contain conclusions of law to which a response is not required. To the extent a response is required, Disney lacks sufficient information or knowledge to admit or deny those allegations and, on that basis, denies those allegations.

9. The allegations in paragraph number 9 of the FAC contain conclusions of law to which a response is not required. To the extent a response is required, Disney lacks sufficient information or knowledge to admit or deny those allegations and, on that basis, denies those allegations.

**Terms of Art**

10. The allegations in paragraph number 10 of the FAC contain conclusions of law to which a response is not required. To the extent a response is required, Disney admits that the FAC purports to provide an analysis of the terms "Remake," "Sequel," and "Spin-off." Disney lacks sufficient information or knowledge to admit

1  or deny the remaining allegations in paragraph number 10 and, on that basis, denies

2  the remaining allegations contained therein.

3        11.    The allegations in paragraph number 11 of the FAC contain conclusions

4  of law to which a response is not required.  To the extent a response is required,

5  Disney admits that Exhibit A of the FAC purports to be a printout of the Wikipedia

6  page for the term "Remake" and that Exhibit B of the FAC purports to be a printout of

7  the Wikipedia page for "An Affair to Remember," but is without sufficient

8  information or knowledge to admit or deny the veracity of the information contained

9  therein, and, on that basis, denies the allegations in paragraph number 11.[1]  Further,

10  the best evidence of the contents of the Wikipedia pages are the pages themselves.

11  Disney lacks sufficient information or knowledge to admit or deny the remaining

12  allegations in paragraph number 11 and, on that basis, denies the remaining

13  allegations contained therein.

14        12.    The allegations in paragraph number 12 of the FAC contain conclusions

15  of law to which a response is not required.  To the extent a response is required,

16  Disney admits that Exhibit C of the FAC purports to be a printout of the Wikipedia

17  page for the term "Spinoff."  Disney, however, lacks sufficient information or

18  knowledge to admit or deny the veracity of the information contained therein, and, on

19  that basis, denies the allegations in paragraph number 12.  Further, the best evidence

20  of the contents of that Wikipedia page is the page itself.  Disney lacks sufficient

21  information or knowledge to admit or deny the remaining allegations in paragraph

22  number 12 and, on that basis, also denies those remaining allegations contained

23  therein.

24

25

26

27  ---
[1] Disney denies that all exhibits to the FAC are attached as alleged because the page numbers of all attached exhibits are inaccurately numbered.

28

ANSWER BY DEFENDANT THE WALT DISNEY COMPANY TO PLAINTIFF'S FIRST AMENDED COMPLAINT

4842-4571-2730.v1

13.     The allegations in paragraph number 13 of the FAC contain conclusions of law to which a response is not required.  To the extent a response is required, Disney admits that Exhibit D of the FAC purports to be a printout of the Wikipedia page for the term "Sequel."  Disney, however, lacks sufficient information or knowledge to admit or deny the veracity of the information contained therein, and, on that basis, denies the allegations in paragraph number 13.  Further, the best evidence of the contents of that Wikipedia page is the page itself.  Disney lacks sufficient information or knowledge to admit or deny the remaining allegations in paragraph number 13 and, on that basis, also denies those remaining allegations contained therein.

### Remakes and Spinoffs Are Two Different Things

14.     The heading for this section and the allegations in paragraph number 14 of the FAC contain conclusions of law to which a response is not required.  To the extent a response is required, Disney admits that Exhibits E and F of the FAC purport to be printouts of online articles.  Disney, however, lacks sufficient information or knowledge to admit or deny the veracity of the information contained therein, and, on that basis, denies the allegations in paragraph number 14.  Disney lacks sufficient information or knowledge to admit or deny the remaining allegations in paragraph number 14 and, on that basis, also denies those remaining allegations contained therein.

### Sequels and Spinoffs Are Two Different Things

15.     The heading for this section and the allegations in paragraph number 15 of the FAC contain conclusions of law to which a response is not required.  To the extent a response is required, Disney admits that Exhibits G, H, and I of the FAC purport to be printouts of online articles.  Disney, however, lacks sufficient information or knowledge to admit or deny the veracity of the information contained therein, and, on that basis, denies the allegations in paragraph number 15.  Disney

1    lacks sufficient information or knowledge to admit or deny the remaining allegations

2    in paragraph number 15 and, on that basis, also denies those remaining allegations

3    contained therein.

4          16.    The allegations in paragraph number 16 of the FAC contain conclusions

5    of law to which a response is not required.  To the extent a response is required,

6    Disney admits that Exhibits J, K, and L of the FAC purport to be printouts of online

7    articles.  Disney, however, lacks sufficient information or knowledge to admit or deny

8    the veracity of the information contained therein, and, on that basis, denies the

9    allegations in paragraph number 16.  Disney lacks sufficient information or

10   knowledge to admit or deny the remaining allegations in paragraph number 16 and, on

11   that basis, also denies those remaining allegations contained therein.

12         17.    The allegations in paragraph number 17 of the FAC contain conclusions

13   of law to which a response is not required.  To the extent a response is required,

14   Disney admits that Exhibits M, N, and O of the FAC purport to be printouts of online

15   articles.  Disney, however, lacks sufficient information or knowledge to admit or deny

16   the veracity of the information contained therein, and, on that basis, denies the

17   allegations in paragraph number 17.  Disney lacks sufficient information or

18   knowledge to admit or deny the remaining allegations in paragraph number 17 and, on

19   that basis, also denies those remaining allegations contained therein.

20         18.    The allegations in paragraph number 18 of the FAC contain conclusions

21   of law to which a response is not required.  To the extent a response is required,

22   Disney admits that Exhibit P of the FAC purports to be a printout of an online article.

23   Disney, however, lacks sufficient information or knowledge to admit or deny the

24   veracity of the information contained therein, and, on that basis, denies the allegations

25   in paragraph number 18.  Disney lacks sufficient information or knowledge to admit

26   or deny the remaining allegations in paragraph 18 and, on that basis, also denies those

27   remaining allegations contained therein.

28

ANSWER BY DEFENDANT THE WALT DISNEY COMPANY TO PLAINTIFF'S FIRST AMENDED
COMPLAINT

4842-4571-2730.v1

1

**Sequels Continue a Franchise, Spinoffs Expand a Franchise**

2        19.     The heading for this section and the allegations in paragraph number 19

3    of the FAC contain conclusions of law to which a response is not required.  To the

4    extent a response is required, Disney admits that Exhibits R, S, T, U, and V of the

5    FAC purport to be printouts of online articles.  Disney, however, lacks sufficient

6    information or knowledge to admit or deny the veracity of the information contained

7    therein, and, on that basis, denies the allegations in paragraph number 19.  Disney

8    lacks sufficient information or knowledge to admit or deny the remaining allegations

9    in paragraph number 20 and, on that basis, also denies those remaining allegations

10   contained therein.

11       20.     The allegations in paragraph number 20 of the FAC contain conclusions

12   of law to which a response is not required.  To the extent a response is required,

13   Disney admits that Exhibit W of the FAC purports to be a printout of an online article.

14   Disney, however, lacks sufficient information or knowledge to admit or deny the

15   veracity of the information contained therein, and, on that basis, denies the allegations

16   in paragraph number 20.  Disney lacks sufficient information or knowledge to admit

17   or deny the remaining allegations in paragraph number 20 and, on that basis, also

18   denies those remaining allegations contained therein.

19       21.     The allegations in paragraph number 21 of the FAC contain conclusions

20   of law to which a response is not required.  To the extent a response is required,

21   Disney admits that Exhibit X(1)[2] of the FAC purports to be a printout of an online

22   article.  Disney, however, lacks sufficient information or knowledge to admit or deny

23   the veracity of the information contained therein, and, on that basis, denies the

24   allegations in paragraph number 21.  Disney lacks sufficient information or

25

26

27   _____
[2] Because the FAC contains two exhibits titled Exhibit X, Disney refers to the first as
Exhibit X(1) and the second has Exhibit X(2).

28
                                                    6

4842-4571-2730.v1

knowledge to admit or deny the remaining allegations in paragraph number 21 and, on that basis, also denies those remaining allegations contained therein.

22.    The allegations in paragraph number 22 of the FAC contain conclusions of law to which a response is not required.  To the extent a response is required, Disney admits that Exhibit X(2) of the FAC purports to be a printout of an online article.  Disney, however, lacks sufficient information or knowledge to admit or deny the veracity of the information contained therein, and, on that basis, denies the allegations in paragraph number 22.  Disney lacks sufficient information or knowledge to admit or deny the remaining allegations in paragraph number 22 and, on that basis, also denies those remaining allegations contained therein.

<h3 style="text-align:center">Chain of Title to "Children of the Corn"</h3>

23.    Disney admits a work titled "Children of the Corn" is registered to Stephen King with the U.S. Copyright Office as B00000204066 and RE 0000921899. Disney lacks sufficient information or knowledge to admit or deny the remaining allegations in paragraph number 23 of the FAC and, on that basis, denies those allegations.

24.    Disney lacks sufficient information or knowledge to admit or deny the allegations in paragraph number 24 of the FAC and, on that basis, denies those allegations.

25.    Disney lacks sufficient information or knowledge to admit or deny the allegations in paragraph number 25 of the FAC and, on that basis, denies those allegations.

26.    Disney lacks sufficient information or knowledge to admit or deny the allegations in paragraph number 26 of the FAC and, on that basis, denies those allegations.

4842-4571-2730.v1

27.     Disney lacks sufficient information or knowledge to admit or deny the allegations in paragraph number 27 of the FAC and, on that basis, denies those allegations.

28.     In response to paragraph number 28 of the FAC, Disney admits that in 1994, Park Avenue Entertainment entered into an agreement with Miramax Film Corporation (the "1994 Agreement") and that Miramax Film Corporation was at the time an affiliated subsidiary of Disney, but denies that a copy of the 1994 Agreement is attached to the FAC as Exhibit Y at page 127 of the FAC because it is instead attached as Exhibit Y at page 108 of the FAC.  The remaining allegations in paragraph 29 of the FAC contain mischaracterizations and conclusions of law to which a response is not required.  To the extent a response is required, Disney denies those remaining allegations.  The best evidence of the contents of the 1994 Agreement is the Agreement itself.

29.     Disney is aware Miramax exercised rights under the 1994 Agreement to produce a Sixth Sequel.  As to the remaining allegations in paragraph number 29 of the FAC, Disney lacks sufficient information or knowledge to admit or deny those allegations and, on that basis, denies those allegations.

30.     In response to paragraph number 30 of the FAC, Disney admits that in 2005, Park Avenue Entertainment entered into an agreement with Dimension Films, a division of Miramax Film Corporation (the "2005 Agreement"), and that Miramax Film Corporation was at the time an affiliated subsidiary of Disney, but denies that a copy of the 2005 Agreement is attached to the FAC as Exhibit Z at page 127 of the FAC because it is instead attached as Exhibit Z at page 128.  The remaining allegations in paragraph 30 of the FAC contain mischaracterizations and conclusions of law to which a response is not required.  To the extent a response is required, Disney denies those remaining allegations.  The best evidence of the contents of the 2005 Agreement is the Agreement itself.

ANSWER BY DEFENDANT THE WALT DISNEY COMPANY TO PLAINTIFF'S FIRST AMENDED COMPLAINT

4842-4571-2730.v1

31.     In response to the allegations in paragraph number 31 of the FAC, Disney admits that in 2005 Miramax was an affiliated subsidiary of Disney.  Disney lacks sufficient information or knowledge to admit or deny the remaining allegations in paragraph number 31 and, on that basis, denies those remaining allegations contained therein.

32.     Disney denies the conclusory allegations contained in paragraph number 32 of the FAC.

33.     Disney lacks sufficient information or knowledge to admit or deny the allegations in paragraph number 33 of the FAC and, on that basis, denies those allegations.

34.     Disney lacks sufficient information or knowledge to admit or deny the allegations in paragraph number 34 of the FAC and, on that basis, denies those allegations.

35.     Disney lacks sufficient information or knowledge to admit or deny the allegations in paragraph number 35 of the FAC and, on that basis, denies those allegations.

**Why Plaintiff Needs Declaratory Relief**

36.     In response to the allegations in paragraph 36 of the FAC, Disney admits that Plaintiff contended Graphic Novel purchased the rights to produce films in the Children of the Corn franchise, but is without sufficient information or knowledge to admit or deny the validity of that contention, and, on that basis, denies those allegations.  Disney admits that Plaintiff contends he has written a screenplay based on a character from the Novella and the Original film. Disney admits that Plaintiff also contends the action in that screenplay is set in the future.  Disney admits that Plaintiff contends that Plaintiff wants to produce and distribute a film.  Disney, however, is without sufficient basis to admit or deny the truth of those contentions, and on that basis denies those allegations.  The remaining allegations in paragraph 36

9

4842-4571-2730.v1

1  of the FAC contain conclusions of law to which a response is not required.  To the

2  extent a response is required, Disney denies those remaining allegations as to Disney.

3  Disney lacks sufficient information or knowledge to admit or deny the allegations as

4  to Defendants TWC and Miramax and, on that basis, denies those allegations.

5       37.    The allegations in paragraph 37, including the allegations in

6  subparagraphs (a)-(b), of the FAC contain conclusions of law to which a response is

7  not required.  To the extent a response is required, Disney lacks sufficient information

8  or knowledge to admit or deny those allegations and, on that basis, denies those

9  allegations.  In response to the allegations in subparagraph (c), Disney lacks sufficient

10 information or knowledge to admit or deny the allegations and, on that basis, denies

11 those allegations.  The allegations in subparagraph (c) also contain conclusions of law

12 to which a response is not required. To the extent a response is required, Disney lacks

13 sufficient information and knowledge to admit or deny those allegations and, on that

14 basis, denies those allegations.

15      38.    Disney denies the allegations in paragraph number 38 of the FAC with

16 respect to Disney.  Disney otherwise lacks sufficient information or knowledge to

17 admit or deny the hypothetical allegations contained in paragraph number 38, and, on

18 that basis, denies those allegations.  The allegations in paragraph number 38 of the

19 FAC also contain conclusions of law to which a response is not required.  To the

20 extent a response is required, Disney further denies those allegations.

21      39.    Disney denies the allegations in paragraph number 39 of the FAC with

22 respect to Disney.  Disney otherwise lacks sufficient information or knowledge to

23 admit or deny the hypothetical allegations contained in paragraph number 39, and, on

24 that basis, denies those allegations.  The allegations in paragraph number 39 of the

25 FAC also contain conclusions of law to which a response is not required.  To the

26 extent a response is required, Disney further denies those allegations.

27

28

ANSWER BY DEFENDANT THE WALT DISNEY COMPANY TO PLAINTIFF'S FIRST AMENDED
COMPLAINT

4842-4571-2730.v1

40.     In response to the allegations in paragraph number 40 of the FAC, Disney admits that the FAC purports to be brought with reference to FRCP Rule 57. The remaining allegations in paragraph number 40 contain conclusions of law to which a response is not required.  To the extent a response is required, Disney denies those remaining allegations.

## FIRST CAUSE OF ACTION

### (Right to Produce Spinoff)

41.     In response to paragraph number 41 of the FAC, Disney incorporates its answers to paragraphs 1 through 40 of the FAC as though fully and completely set forth herein.   The allegations in paragraph number 41 of the FAC contain conclusions of law to which a response is not required.  To the extent a response is required, Disney denies those allegations.

42.     The allegations in paragraph number 42 of the FAC contain conclusions of law to which a response is not required.  To the extent a response is required, Disney lacks sufficient information or knowledge to admit or deny the allegations in paragraph number 42 of the FAC and, on that basis, denies those allegations.

43.     The allegations in paragraph number 43 of the FAC contain conclusions of law to which a response is not required.  To the extent a response is required, Disney lacks sufficient information or knowledge to admit or deny the allegations in paragraph number 43 of the FAC and, on that basis, denies those allegations.

(a)     The allegations in paragraph number 43(a) of the FAC contain mischaracterizations and conclusions of law to which a response is not required.  To the extent a response is required, Disney lacks sufficient information or knowledge to admit or deny those allegations and, on that basis, denies those allegations.  Further, the best evidence of the contents of the 1994 Agreement and the 2005 Agreement are the Agreements themselves.

ANSWER BY DEFENDANT THE WALT DISNEY COMPANY TO PLAINTIFF'S FIRST AMENDED COMPLAINT

4842-4571-2730.v1

(b)     The allegations in paragraph number 43(b) of the FAC contain mischaracterizations and conclusions of law to which a response is not required.  To the extent a response is required, Disney lacks sufficient information or knowledge to admit or deny those allegations and, on that basis, denies those allegations.  Further, the best evidence of the contents of the 1994 Agreement and the 2005 Agreement are the Agreements themselves.

(c)     In response to the allegations in paragraph number 43(c) of the FAC, Disney admits that Paragraph 5 of the 1994 Agreement contains the language "provided, however, that the foregoing shall not be construed to limit or restrict the reservation of rights by Seller…"  The best evidence of the contents of the 1994 Agreement is the 1994 Agreement itself.

(d)     The allegations in paragraph number 43(d) contain conclusions of law to which a response is not required.  To the extent a response is required, Disney lacks sufficient information or knowledge to admit or deny those allegations and, on that basis, denies those allegations.

44.     Disney lacks sufficient information or knowledge to admit or deny the allegations in paragraph number 44 of the FAC and, on that basis, denies those allegations.

45.     Disney denies the allegations in paragraph number 45 of the FAC with respect to Disney.  Disney further lacks sufficient information or knowledge to admit or deny the hypothetical allegations and legal suppositions contained in paragraph number 45 and, on that basis, denies those allegations.

46.     In response to the allegations in paragraph number 46 of the FAC, Disney admits that Borchers brings the First Cause of Action and the Second Cause of Action collectively and in the alternative, but denies that Plaintiff has grounds to assert such claims.

ANSWER BY DEFENDANT THE WALT DISNEY COMPANY TO PLAINTIFF'S FIRST AMENDED COMPLAINT

4842-4571-2730.v1

47.     In response to the allegations in paragraph number 47 of the FAC, Disney admits that the FAC purports to be brought with reference to FRCP Rule 57. The remaining allegations in paragraph number 47 contain conclusions of law to which a response is not required.  To the extent a response is required, Disney denies those remaining allegations.

## SECOND CAUSE OF ACTION

### (Right to Make a Film Based on Characters)

48.     In response to paragraph number 48 of the FAC, Disney incorporates its answers to paragraphs 1 through 47 of the FAC as though fully and completely set forth herein.  The allegations in paragraph number 48 of the FAC contain conclusions of law to which a response is not required.  To the extent a response is required, Disney denies those allegations.

49.     The allegations in paragraph number 49 contain conclusions of law to which a response is not required.  To the extent a response is required, Disney lacks sufficient information or knowledge to admit or deny those allegations and, on that basis, denies those allegations.

50.     The allegations in paragraph number 50 contain conclusions of law to which a response is not required.  To the extent a response is required, Disney lacks sufficient information or knowledge to admit or deny those allegations and, on that basis, denies those allegations.

51.     Disney admits with respect to Disney that Disney denies that Borchers has any rights.

52.     In response to the allegations in paragraph number 52 of the FAC, Disney admits that Plaintiff is seeking a judicial determination to resolve the issue of the ownership of spin-off rights to the Original Picture.  Disney denies the remaining allegations with respect to Disney.  Disney further lacks sufficient information or knowledge to

13

1  admit or deny the hypothetical allegations and legal suppositions contained in

2  paragraph number 52 of the FAC.

3      53.    In response to the allegations in paragraph number 53 of the FAC,

4  Disney admits that Borchers brings the First Cause of Action and the Second Cause of

5  Action collectively and in the alternative, but Disney denies that Plaintiff has the right

6  to assert such duplicative claims.

7      54.    In response to the allegations in paragraph number 54 of the FAC,

8  Disney admits that the FAC purports to be brought with reference to FRCP Rule 57.

9  The remaining allegations in paragraph number 54 contain conclusions of law to

10 which a response is not required.  To the extent a response is required, Disney denies

11 those remaining allegations.

12 **AFFIRMATIVE DEFENSES**

13     Without admitting or acknowledging that it bears any burden of proof as to any

14 of the following or their respective elements, Disney alleges on information and belief

15 the following Affirmative Defenses:

16 **FIRST AFFIRMATIVE DEFENSE**

17     Plaintiff's claims are barred, in whole or in part, by the applicable statute of

18 limitations, including without limitation those imposed by 17 U.S.C. § 507(b) and

19 California Code of Civil Procedure §§ 337, 338.

20 **SECOND AFFIRMATIVE DEFENSE**

21     Plaintiff's claims are barred, in whole or in part, because Plaintiff expressly or

22 impliedly licensed some or all of the activities alleged by Plaintiff.

23 **THIRD AFFIRMATIVE DEFENSE**

24     Plaintiff's claims are barred, in whole or in part, to the extent the doctrine of

25 estoppel applies.

26 **FOURTH AFFIRMATIVE DEFENSE**

27     Plaintiff's claims are barred, in whole or in part, by the doctrine of waiver.

28 

14

1                  **FIFTH AFFIRMATIVE DEFENSE**

2          The relief sought by Plaintiff is barred, in whole or in part, because Disney's

3 alleged actions were not the actual or proximate cause of any damages or harm to

4 Plaintiff.

5                  **SIXTH AFFIRMATIVE DEFENSE**

6          Plaintiff's claims are barred, in whole or in part, pursuant to the terms,

7 provisions, definitions, conditions, exclusions, endorsements, and limitations set forth

8 in the 1994 Agreement or the 2005 Agreement and the parties' intent and course of

9 dealing in entering those agreements.

10              **SEVENTH AFFIRMATIVE DEFENSE**

11          Plaintiff's claims are barred, in whole or in part, by the doctrine of laches.

12               **EIGHTH AFFIRMATIVE DEFENSE**

13          Plaintiff's claims are barred, in whole or in part, by the doctrine of unjust

14 enrichment.

15                         **PRAYER**

16          WHEREFORE, having fully answered the FAC and having asserted affirmative

17 defenses thereto, Disney prays for judgement against Plaintiff as follows:

18              1.      That Plaintiff takes nothing by way of his FAC;

19              2.      That judgment is rendered in favor of Disney;

20              3.      For costs of suit and reasonable attorney's fees incurred in defense of this

21 action;

22

23 ///

24

25 ///

26

27 ///

28

15

---

ANSWER BY DEFENDANT THE WALT DISNEY COMPANY TO PLAINTIFF'S FIRST AMENDED
COMPLAINT

1          4.     For such other and further relief as this Court may deem just and proper.

2

3    Dated:  January 12, 2018             PILLSBURY WINTHROP SHAW
                                    PITTMAN LLP

4

5                                     /s/ Kimberly Buffington
                        By:  KIMBERLY BUFFINGTON
                               SARKIS KHACHATRYAN

6

7                                   Attorneys for Defendant
                               The Walt Disney Company

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4842-4571-2730.v1

1

## **<u>DEMAND FOR JURY TRIAL</u>**

2
3

Defendant The Walt Disney Company hereby demands a jury trial pursuant to Rule 38 of the Federal Rules of Civil Procedure.

4
5

6

Dated:  January 12, 2018

PILLSBURY WINTHROP SHAW PITTMAN LLP

7
8
9

By: _____/s/ Kimberly Buffington_____
KIMBERLY BUFFINGTON
SARKIS KHACHATRYAN

10

Attorneys for Defendant
The Walt Disney Company

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ANSWER BY DEFENDANT THE WALT DISNEY COMPANY TO PLAINTIFF'S FIRST AMENDED COMPLAINT

4842-4571-2730.v1