PILLSBURY WINTHROP SHAW PITTMAN LLP
KIMBERLY BUFFINGTON (#192991)
kbuffington@pillsburylaw.com
SARKIS KHACHATRYAN (#293991)
sarkis.khachatryan@pillsburylaw.com
725 South Figueroa Street, Suite 2800
Los Angeles, CA 90017-5406
Telephone:    213.488.7100
Facsimile:    213.629.1033

Attorneys for Defendant The Walt Disney Company

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD P. BORCHERS,<br><br>    Plaintiff,<br><br>    vs.<br><br>THE WEINSTEIN COMPANY, LLC d/b/a DIMENSION FILMS; MIRAMAX, LLC; THE WALT DISNEY COMPANY; and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No. 2:17-cv-06263-GW (MRW)<br><br>**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**<br><br>Judge:    Hon. George H. Wu<br>Courtroom:  9D |

Plaintiff Donald P. Borchers and Defendants The Weinstein Company, LLC, Miramax LLC, and The Walt Disney Company (collectively, the "Parties") hereby stipulate and agree under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing its own attorney's fees and costs.  The Parties stipulate and agree that all Defendants reserve all rights with respect to any claim of ownership in the *Children of the Corn* property or franchise at issue in this case.  The Parties further stipulate and agree that Defendants do not waive or release any rights to make a sequel, spinoff or remake of the *Children of the Corn* property or franchise.

Dated: August 6, 2018

PILLSBURY WINTHROP SHAW PITTMAN LLP

By: */s/ KIMBERLY BUFFINGTON*
KIMBERLY BUFFINGTON
SARKIS KHACHATRYAN
Attorneys for Defendant The Walt Disney Company

Dated: August 6, 2018

LAVELY SINGER

By: */s/ BRIAN G. WOLF*
BRIAN G. WOLF
DAVID B. JONELIS
Attorneys for Defendant Miramax

Dated: August 6, 2018

EISNER JAFFE, APC

By: */s/ CHRISTOPHER FROST*
MICHAEL J. DAILEY
CHRISTOPHER FROST
Attorneys for Defendant The Weinstein Company

-1-

-2-

Dated:  August 2, 2018

By: _____
        DONALD P. BORCHERS

In Pro Per