```
 1  PILLSBURY WINTHROP SHAW PITTMAN LLP
    KIMBERLY BUFFINGTON (#192991)
 2  kbuffington@pillsburylaw.com
    SARKIS KHACHATRYAN (#293991)
 3  sarkis.khachatryan@pillsburylaw.com
    725 South Figueroa Street, Suite 2800
 4  Los Angeles, CA 90017-5406
    Telephone:    213.488.7100
 5  Facsimile:    213.629.1033

 6  Attorneys for Defendant The Walt Disney Company
```

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD P. BORCHERS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>THE WEINSTEIN COMPANY, LLC d/b/a DIMENSION FILMS; MIRAMAX, LLC; THE WALT DISNEY COMPANY; and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | Case No. 2:17-cv-06263-GW (MRW)<br><br>**[PROPOSED] ORDER RE STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**<br><br>Date:<br>Judge:　　Hon. George H. Wu<br>Courtroom:　9D |

-1-

1   Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure
2   41(a)(1)(A)(ii), it is hereby ordered that this action be, and hereby is, dismissed with
3   prejudice as to all claims, causes of action, and parties, with each party bearing that
4   party's own attorney's fees and costs.  The Clerk is directed to close the file.
5
6   IT IS SO ORDERED.
7
8
9   _____          _____
10  Dated                            Honorable George H. Wu
                                     District Court Judge
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28