PILLSBURY WINTHROP SHAW PITTMAN LLP
KIMBERLY BUFFINGTON (#192991)
kbuffington@pillsburylaw.com
SARKIS KHACHATRYAN (#293991)
sarkis.khachatryan@pillsburylaw.com
725 South Figueroa Street, Suite 2800
Los Angeles, CA 90017-5406
Telephone: 213.488.7100
Facsimile: 213.629.1033

Attorneys for Defendant The Walt Disney Company

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD P. BORCHERS,<br><br>  Plaintiff,<br><br>  vs.<br><br>THE WEINSTEIN COMPANY, LLC d/b/a DIMENSION FILMS; MIRAMAX, LLC; THE WALT DISNEY COMPANY; and DOES 1 through 50, inclusive,<br><br>  Defendants. | Case No. 2:17-cv-06263-GW (MRWx)<br><br>**ORDER RE STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii) [JS-6]**<br><br>Date:<br>Judge: Hon. George H. Wu<br>Courtroom: 9D |

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby ordered that this action be, and hereby is, dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

IT IS SO ORDERED.

*August 7, 2018*
Dated

Honorable George H. Wu
District Court Judge